THE HONORABLE ROBERT S. LASNIK

10-CV-00484-APPO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD W. MURRAY, a single person, | |
| Plaintiff, | No. C10-0484RSL |
| v. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| ANDERSEN BJORNSTAD KANE JACOBS, INC. (ABKJ, INC.), The Plan; ANDERSEN BJORNSTAD KANE JACOBS, INC. (ABKJ, INC.), The Plan Administrator; and UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation, | |
| Defendants. | |

I.  **STIPULATION**

IT IS STIPULATED by and between the parties hereto that any and all claims or causes of action asserted herein by plaintiff Edward W. Murray may be dismissed with prejudice and without costs or fees.

DATED this 22nd day of April, 2011.

| NELSON LANGER ENGLE, PLLC | LANE POWELL PC |
|---|---|
| (PER E-MAIL AUTHORIZATION) | |
| By: s/ Fred P. Langer<br>Fred P. Langer, WSBA # 25932<br>Attorneys for Plaintiff | By s/ Renee Grant Bluechel<br>D. Michael Reilly, WSBA # 14674<br>Renee Grant Bluechel, WSBA # 39500<br>Attorneys for Defendants |

DEFENDANTS REPLY TO PLAINTIFF'S NOTICE OF
OBJECTION TO DEFENDANTS' SURREPLY - 1

100447.0136/5056524.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## II. ORDER

The parties having stipulated for dismissal of any and all claims or causes of action asserted herein with prejudice and without costs or fees, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED that any and all claims or causes of action asserted herein are hereby dismissed with prejudice and without costs or fees.

Dated this 26th day of April, 2011.

By _____
The Honorable Robert S. Lasnik
United States District Judge

Presented by:

LANE POWELL PC

By s/ Renee Grant Bluechel
   D. Michael Reilly, WSBA # 14674
   Renee Grant Bluechel, WSBA # 39500
Attorneys for Defendants

Approved as to Form;
Notice of Presentation Waived:

NELSON LANGER ENGLE, PLLC

By: s/ Fred P. Langer
   Fred P. Langer, WSBA # 25932
Attorneys for Plaintiff

DEFENDANTS REPLY TO PLAINTIFF'S NOTICE OF
OBJECTION TO DEFENDANTS' SURREPLY - 2

100447.0136/5056524.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 22nd day of April, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. In accordance with their ECF registration agreement and the court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorney:

>Fred P. Langer
>Nelson Langer Engle PLLC
>1015 NE 113th Street
>Seattle, WA 98125
>Phone: (206) 623-7520
>Facsimile: (206) 622-7068
>E-mail: langerf@nlelaw.com

SIGNED AND DATED: April _22, 2011, at Seattle, Washington.

>*s/ Terri Potter*
>Terri Potter

DEFENDANTS REPLY TO PLAINTIFF'S NOTICE OF
OBJECTION TO DEFENDANTS' SURREPLY - 3

100447.0136/5056524.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107